UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  **EDCV 24-2257-MWF(SPx)**  Date:  December 12, 2024

Title  ***Alexandra Galvan Mata v. ER & Son Trucking, LLC, et al.***

Present: The Honorable:  MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that Defendants filed a Notice of Removal (the "NoR") on October 23, 2024.  (Docket No. 1).  On November 6, 2024, the Court filed an Order Setting Scheduling Conference (the "Order").  (Docket No. 8).  Pursuant to the Order, the parties' Joint Rule 26(f) Report (the "Report") was due no later than November 25, 2024, and the Scheduling Conference was set on December 9, 2024, at 11:00 a.m.

On December 2, 2024, the Court filed a Scheduling Notice and Order.  (Docket No. 9).  The Court noted that the Report had not been filed.  The Scheduling Conference was vacated and the parties were ordered to file the required Report no later than December 16, 2024.

On December 11, 2024, Defendant filed a Statement Regarding Non-Compliance with Preparation of FRCP Rule 26 Report (the "Statement").  (Docket No. 10).  Defendants' counsel state that they have not received a response from Plaintiff's counsel to schedule a meet-and-confer to prepare the Report.

The Court now **ORDERS** Plaintiff to **SHOW CAUSE**, in writing, why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause (the "OSC"), the Court will accept the following:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **EDCV 24-2257-MWF(SPx)**                                                    Date:  December 12, 2024

Title       ***Alexandra Galvan Mata v. ER & Son Trucking, LLC, et al.***

- A *Joint* Rule 26(f) Report, prepared and filed by Plaintiff no later than **JANUARY 6, 2025**. The length of the deadline is to accommodate Defendants' counsel through the holidays.
- An explanation from Plaintiff's counsel regarding the lack of cooperation and communication.

No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause by **JANUARY 6, 2025,** will result in the dismissal of this action.

IT IS SO ORDERED.