JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ALEXANDRA GALVAN MATA, | Case No. EDCV 24-2257-MWF(SPx) |
|---|---|
| Plaintiff, | ORDER GRANTING STIPULATION TO REMAND REMOVED ACTION |
| v. | |
| ER & SON TRUCKING, LLC; et al., | |
| Defendants. | |

The Court has reviewed the parties' Stipulation to Remand Removed Action, filed January 31, 2025. (Docket No. 16). For good cause shown, the Court GRANTS the parties' request. IT IS HEREBY ORDERED that this action is REMANDED to the Superior Court of the State of California for the County of Riverside, as *Alexandra Galvan Mata v. ER & Son Trucking, LLC, et al.*, Case No. CVR12404293.

**IT IS SO ORDERED.**

Dated: February 12, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge

-1-